1    WO

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8
American Federal of State, County and        NO. CIV-06-2128-PHX-SMM
9    Municipal Employees, AFL-CIO, Local
     3190,
10                                            **ORDER**
                         Plaintiff,
11
     v.
12
     Maricopa County Board of Supervisors,
13   et al.,

14                       Defendants.

15

16        Pending before the Court is the parties' Stipulation for Enlargement of Time to

17   Respond to Plaintiff's Complaint.  (Dkt. 18.)  For good cause shown,

18        **IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for

19   Enlargement of Time to Respond to Plaintiff's Complaint.  (Dkt. 18.)

20        **IT IS FURTHER ORDERED** that each of the Defendants shall file a response

21   to Plaintiff's Complaint on or before October 20, 2006.

22        DATED this 5th day of October, 2006.

23

24

25                                    _____
                                          Stephen M. McNamee
26                                        United States District Judge