WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Federal of State, County and Municipal Employees, AFL-CIO, Local 3190,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>Defendants. | NO. CIV-06-2128-PHX-SMM<br><br>**ORDER** |

Pending before the Court are the Plaintiff's Motion to Exceed Page Limit on Plaintiff's Application for a Preliminary Injunction (Dkt. 2) and Plaintiff's Application for a Preliminary Injunction. All Defendants have been served.

On October 20, 2006, Defendants filed a Petition in Opposition to Plaintiff's Application for Preliminary Injunction and a Motion for Dismissal of Plaintiff's Complaint. The Court will hold a hearing on Plaintiff's Application for a Preliminary Injunction on December 13, 2006 at 2:00 p.m., before the Honorable Stephen M. McNamee, Courtroom 605, United States District Court, 401 West Washington Street, Phoenix, AZ 85003.

Accordingly,

/ / /

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Exceed Page Limit on Plaintiff's Application for a Preliminary Injunction. (Dkt. 2.)

**IT IS FURTHER ORDERED** that Plaintiff shall reply to Defendants' Petition in Opposition to Plaintiff's Application for Preliminary Injunction and respond to Defendants' Motion for Dismissal of Plaintiff's Complaint no later than November 9, 2006.

**IT IS FURTHER ORDERED** that Defendants' shall reply to Plaintiff's response to Defendants' Motion for Dismissal of Plaintiff's Complaint no later than November 22, 2006.

**IT IS FURTHER ORDERED** that, no later than November 22, 2006, Plaintiff and Defendants shall submit to the Court [proposed] Orders that include Findings of Fact and Conclusions of Law, in support of each of their respective positions regarding Plaintiff's Motion for a Preliminary Injunction.

**IT IS FURTHER ORDERED** that a hearing on Plaintiff's Application for a Preliminary Injunction will take place on December 13, 2006 at 2:00 p.m. before the Honorable Stephen M. McNamee.

DATED this 23rd day of October, 2006.

_____
Stephen M. McNamee
United States District Judge