WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Federal of State, County and Municipal Employees, AFL-CIO, Local 3190,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>Defendants. | NO. CIV-06-2128-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Enlargement of Time to Respond to Defendants' Opposition and to Reschedule the Preliminary Pretrial Conference and related dates. (Dkts. 25-26.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Enlargement of Time to Respond to Defendants' Opposition and Reschedule the Preliminary Pretrial Conference. (Dkt. 25-26.)

**IT IS FURTHER ORDERED VACATING** the parties' Preliminary Pretrial Conference set to take place on November 15, 2006.

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS FURTHER ORDERED** that the parties' Preliminary Pretrial Conference is set for **December 19, 2006 at 2:00 p.m.** before the Honorable Stephen M. McNamee in Courtroom #605, sixth floor, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, AZ.

**IT IS FURTHER ORDERED** that, with the exception of the date and time change approved above, the parties shall comply with all other requirements set forth in the Order Setting Rule 16 Preliminary Pretrial Conference issued by the Court on November 2, 2006 (see dkt. 24), using December 19, 2006 as the new triggering date for the deadlines set forth therein.

**IT IS FURTHER ORDERED** that Plaintiff shall file its response to Defendants' Opposition to, and Motion for Dismissal of, Plaintiff's Application for Preliminary Injunction and Complaint no later than **November 17, 2006**.

DATED this 7th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge