WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Federal of State, County and Municipal Employees, AFL-CIO, Local 3190,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>　　　　　　　Defendants. | NO. CIV-06-2128-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is the parties' Joint Motion for Extension of Time. (Dkt. 29.)  The parties request that the Court extend the time for Defendants to file a Reply in Support of their Motion to Dismiss the Complaint to December 1, 2006, and extend the time for Plaintiff and Defendants to submit their proposed Findings of Fact and Conclusions of Law.  (Dkts. 29.)  For good cause shown,

　　　**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion for Extension of Time as set forth below. (Dkt. 29.)

　　　**IT IS FURTHER ORDERED** that time for Defendants to file a Reply in Support of their Motion to Dismiss the Complaint shall be extended from November 27, 2006 to December 1, 2006.

1
2
3
4
    **IT IS FURTHER ORDERED** that the parties' Proposed PI Management Plan, including each of their proposed findings of fact and conclusions of law, referred to on page 5, lines 8 through 11, of the Order issued on November 2, 2006 (dkt. 24) shall be filed no later than 5:00 p.m. on December 14, 2006.

5
    DATED this 27th day of November, 2006.

6
7
8
9
_____
Stephen M. McNamee
United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26