**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Federal of State, County and Municipal Employees, AFL-CIO, Local 3190, | No. CV-06-2128-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Board of Supervisors, et al., | |
| Defendants. | |

Based upon the parties' stipulated Motion for Extension of Deadline to Submit Initial Disclosure Statements (Doc. 52), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion for Extension of Deadline to Submit Initial Disclosure Statements.

**IT IS FURTHER ORDERED** that the parties shall serve their Initial Disclosure Statements no later than **July 20, 2007.**

DATED this 13th day of July, 2007.

Stephen M. McNamee
United States District Judge