**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Federal of State, County and Municipal Employees, AFL-CIO, Local 3190, | No. CV-06-2128-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Board of Supervisors, et al., | |
| Defendants. | |

Based upon the parties' representation to the Court via Defendant's Motion to Dissolve Injunction as Moot (Doc. 58) and Plaintiff American Federation of State, County and Municipal Employees, AFL-CIO, Local 3190's Response thereto (Doc. 59), the Court acknowledge's the Defendants' voluntarily replacement of the County Solicitation and Posting Policies [County Policy A-1502 and County Policy A-1917] with new County Policy A-1512 purportedly adopted on July 25, 2007.

Accordingly, to the extent the Court's preliminary injunction enjoins enforcement of the earlier policies which now have been replaced by the new policy, the Court cannot enjoin that which no longer exists. *Chemical Producers and Distributors Association v. Helliker*, 463 F.3d 871 (9th Cir. 2006). Notwithstanding, Plaintiff contends that the preliminary injunction should remain in force to enjoin Defendants from using the new County Policy A-1512 in any manner that violates the First Amendment rights of Plaintiff or its members. The Court appreciates Plaintiff's concerns, however, the Court will not preemptively maintain an injunction. In other words, Defendants are prohibited from using the policy in any manner that violates the First

1   Amendment rights of Plaintiff or its members; however, unless and until such evidence exists

2   to support a finding of said violation of the new policy, the Court will not arbitrarily enter an

3   injunction.

4       Accordingly,

5       **IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Dissolve Injunction

6   as **Moot** (Doc. 58).

7       DATED this 26th day of December, 2007.

8

9

10

11                     Stephen M. McNamee

12                    United States District Judge