**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Federal of State, County and Municipal Employees, AFL-CIO, Local 3190,<br><br>　　　　　Plaintiff,<br>v.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>　　　　　Defendants. | No. CIV 06-2128-PHX-SMM<br><br>**ORDER** |

Having received the parties' Notice of Settlement, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday, March 21, 2008** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Tuesday, March 25, 2008 at 11:30 a.m.** If the stipulation is received by **Friday, March 21, 2008**, the status conference will be automatically vacated.

**IT IS FURTHER ORDERED** that the **final pretrial conference** previously scheduled for **April 9, 2008** is hereby **vacated**.

DATED this 29th day of February, 2008.

_/s/ Stephen M. McNamee_
Stephen M. McNamee
United States District Judge