**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Federal of State, County and Municipal Employees, AFL-CIO, Local 3190,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Board of Supervisors, et al.,<br><br>Defendants. | No. CV-06-2128-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. #63]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. No. #63]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 26th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge